BEAM, Circuit Judge,
concurring specially,
with whom MORRIS SHEPPARD ARNOLD, Circuit Judge,
joins, concurring.
I concur in the opinion of the court because South Dakota v. Kansas City Southern Industries requires the result we reach. However, in my view, Kansas City Southern was wrongly decided for reasons advanced by the Second, Fifth and Seventh Circuits and, to a lesser extent, the Fourth and Eleventh Circuits as well.
ORDER
July 17, 1998
The petition for rehearing by the court en bane is granted. The opinion and judgment of the court entered on May 11, 1998, are vacated.
The case is set for oral argument before the court en banc at 11:00 a.m., Thursday, October 22, 1998, in St. Paul, Minnesota. The arguments will be 20 minutes per side.